IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**FRANK BRETT,**

    **Plaintiff,**

v.                                                 Case No. 1:22-cv-221-AW-ZCB

**JOE BIDEN, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge's December 12, 2022 Report and Recommendation is before the court. ECF No. 8. I have considered the matter and determined that the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 8) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "The case is dismissed without prejudice based on Plaintiff's failure to comply with court orders."

3. The clerk will close the file.

SO ORDERED on January 12, 2023.

                                                      s/ *Allen Winsor*
                                                      United States District Judge